**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00795-ZLW

LYNN EUGENE SCOTT,

     Plaintiff,

v.

MR. URLICH [sic],
MS. JANE DOE, and
CAPT. JANE DOE,

     Defendants.

---

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     The motion for certificate of appealability that Plaintiff, Lynn Eugene Scott, submitted to and filed with the Court on June 11, 2009, is DENIED as unnecessary.

Dated: July 21, 2009

---

A Copy of this Minute Order mailed on July 21, 2009, to the following:

Lynn Eugene Scott
#60760
Buena Vista Correctional Complex-Main &
Boot Camp (BVCC)
P.O. Box 2017
Buena Vista, CO 81211

                                       s/ B. Reed
                                       Deputy Clerk